168 F.3d 479
 Kuibyshevnefteorgsynthez
v.
Cleveland Export-Import Trade Co., Inc., Cleveland
Export-Import Trade Co., Cleveland Export/Import Trade Co.,
Inc., a/k/a Cleveland Export/Import Company, Inc., Ceitco
Distributing, Inc., a/k/a Ceitco, Inc., Lev Model, Sea
Traders Tank Barges, Inc., a/k/a Seatrade Maritime, Galina
Model, Boris Sorkin, American Russian Enterprises, Inc.
 NO. 98-5018
 United States Court of Appeals,
Third Circuit.
 October 08, 1998
 
 1
 Appeal From: D.N.J.
 
 
 2
 Affirmed.